IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **DANNY BROOKS,** : | |
| : | |
| Plaintiff, : | |
| : | |
| vs. : | 5:03-cv-0072 (CAR) |
| : | |
| **KELVIN ROBERTS, et al.,** : | |
| : | |
| Defendants. : | |

## ORDER ON MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 64] that Defendants' Motion for Summary Judgment [Doc. 60] be granted. Plaintiff filed no Response to Defendants' Motion for Summary Judgment, even after being ordered to do so [Doc. 63], and filed no Objection to the Recommendation. The Court, having considered the matter, agrees with the Recommendation. Therefore, the Recommendation is **HEREBY ADOPTED AND MADE THE ORDER OF THE COURT**.

**SO ORDERED**, this 11th day of January, 2006.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

AEG/ssh